B 261C (12/09) Judgement in an Adversary Proceeding

# UNITED STATES BANKRUPTCY COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| In re | Brian K. Hamlett, Yvonne Y. Hamlett | Case No. 14-61814 |
| | *Debtors* | |
| | | Chapter 13 |
| | M.B. Long | |
| | *Plaintiff* | Adv. Proc. No. 15-06018 |
| | Yvonne Y. Hamlett | |
| | *Defendant* | |

## JUDGMENT IN AN ADVERSARY PROCEEDING

The court has ordered that (*check on*):

_X_    the plaintiff, recover from the defendant, the amount of twenty-seven thousand dollars $27,000.00, which includes postjudgment interest rate of 10%.

__    the plaintiff , recover nothing, the action be dismissed on the merits, and the defendant , recover costs from plaintiff.

Date:    October 23, 2015

CLERK OF THE COURT

/s/Kristen L. White
*Signature of Clerk or Deputy Clerk*